# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. EDWARD REED

Docket No. 3:00CR00025(AWT)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Vicki M. Stackpole, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Edward Reed who was sentenced to four months for a violation of 18 U.S.C. § 641(Theft of Government Money) by the Honorable Alvin W. Thompson, U.S. District Judge sitting in the court at Hartford, Connecticut on June 1, 2000 who fixed the period of supervision at three years which commenced on November 9, 2000 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall pay restitution in the amount of $19,362, at a rate of $500 a month; and 2) The defendant shall provide full and complete disclosure of his financial status to the probation office on a quarterly basis.

On August 14, 2002, the defendant's supervision was revoked and he was sentenced to a period of 12 months incarceration to be followed by two years supervised release with the same special conditions. His supervised release commenced on October 3, 2003.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of Supervised Release:

**Charge No. 1 - Condition Violated**

Mandatory Condition: You shall not commit a federal, state, or local crime. You shall not illegally possess a controlled substance.

On August 24, 2004, the New Haven Police Department arrested Mr. Reed after surveilling a high drug traffic area because of numerous complaints regarding narcotic dealings. Mr. Reed was observed at 369 Ferry Street, New Haven, going into an establishment and coming out a short period later. He was observed driving away. The police followed his vehicle and stopped Mr. Reed. Upon asking if he had anything on him so they could conduct a pat down for weapons or contraband, Mr. Reed stated that he just bought drugs and pulled out two small baggies of what was field tested to be crack cocaine. The street value was assessed to be $40. He was placed under arrest for Possession of Narcotics and, Possession of Narcotics within 1500' of a School. Mr. Reed was released on a Promise To Appear. The matter remains pending and his next court date is August 25, 2005.

**Charge No. 2 - Condition Violated**

Standard Condition: "You notify the probation officer within seventy-two hours of being arrested or questioned by law enforcement."

Mr. Reed failed to notify the probation officer that he was arrested by law enforcement officers on August 24, 2004. The probation officer became aware of Mr. Reed's arrest July 6, 2005 by investigating another complaint and speaking with his state probation officer.

**Charge No. 3 - Condition Violated**

Standard Condition: "You shall report to the probation office and submit a truthful and complete written report within the first five days of each month."

Mr. Reed reported to the office on September 7, 2004 and submitted his written monthly report for August 2004. He did not respond truthfully to the questions on the report asking if he had been questioned or arrested by law enforcement officers.

**Charge No. 4 - Condition Violated**

Special Condition: The defendant shall pay restitution in the amount of $19,362, in installments of $500 no later than the 15th day of each calender month.

Mr. Reed has failed to pay his restitution on a monthly basis, although he reported earning income from February 2004 to September 2004 and again in January and February of 2005. He made only two payments in 2004; $400 on April 6, 2004, and $100 on September 17, 2004. Two payments were made in 2005; $300 in February and $200 in June. His current outstanding balance is $15,862.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Edward Reed to appear before this court at Hartford, Connecticut, on _8-18-05_ at _2pm_ to show cause why supervision should not be revoked.

| ORDER OF COURT | Sworn to By |
|---|---|
| Considered and ordered this _4th_ day of _August_, 2005 and ordered filed and made a part of the records in the above case. | _Vicki M. Stackpole_ (signature)<br>Vicki M. Stackpole<br>United States Probation Officer |
| | Place _Hartford CT_ |
| The Honorable Alvin W. Thompson<br>United States District Judge | Date _8.4.05_ |

Before me, the Honorable Alvin W. Thompson United States District Judge, on this 4th day of August at Hartford, CT, U.S. Probation Officer Vicki M. Stackpole appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

_____
The Honorable Alvin W. Thompson
United States District Judge