UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:00CR25(AWT) |
| EDWARD REED | : | September 12, 2005 |

UNOPPOSED MOTION TO POSTPONE SELF-SURRENDER

Mr. Edward Reed respectfully moves to postpone self-surrender from September 16 to September 20, 2005. In support of said motion, he represents as follows. On August 18, 2005, Mr. Reed was found to have violated his conditions of supervised release, his term of supervised release was revoked, he was sentenced to serve three months of incarceration, and he was instructed to surrender for service of his sentence on September 16, 2005. The Court indicated that if Mr. Reed wanted more time to get his affairs in order he could request an extension of the surrender date and that said request would be granted. Mr. Reed has basically managed to get his affairs in order in the allotted time but he does request a short extension from September 16 to September 20, 2005. Counsel for the Government does not object to this request.

                                            Respectfully submitted,

                                            The Defendant,
                                            Edward Reed

                                            Thomas G. Dennis
                                            Federal Defender

Dated: September 12, 2005        /s/
                                            Gary D. Weinberger
                                            Asst. Federal Defender
                                            10 Columbus Blvd, FL 6
                                            Hartford, CT  06106-1976
                                            Bar No. ct05085
                                            (860) 493-6260
                                            Email: gary.weinberger@fd.org

- 2 -

## CERTIFICATION

    I HEREBY CERTIFY that a copy of the foregoing Motion has been mailed to Geoffrey Stone, Assistant United States Attorney, Federal Building, 450 Main Street, Hartford, CT 06103, on this 12 day of September 2005.

                              /s/
                              Gary Weinberger