UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 SEP 21 P 2: 31

------------------------------x

UNITED STATES OF AMERICA

vs.                                          Criminal No. 3:00cr00025

EDWARD REED

------------------------------x

### ENDORSEMENT ORDER

On September 13, 2005, the court granted Edward Reed's Unopposed Motion to Postpone Self-Surrender from September 16, 2005 to September 20, 2005 (Doc. Nos. 28, 29). The parties have consented to a further extension of the defendant's self-surrender date. On September 23, 2005, the defendant shall surrender for service of sentence at the institution designated by the United States Bureau of Prisons as notified by the United States Marshal.

It is so ordered.

Dated at Hartford, Connecticut on this 20th day of September, 2005.

Alvin W. Thompson
United States District Judge